William MINNICK, Petitioner–
Appellee,

v.

Cecil DAVIS, Respondent–Appellant.

No. 00–3460.

United States Court of Appeals,
Seventh Circuit.

Argued Feb. 27, 2002.

Decided July 1, 2002.

By the Court En Banc.

### Order

The guardian *ad litem* appointed by the district court in response to our order of May 23, 2002, has decided to reject the acts of the lawyers now purporting to represent Minnick. Accordingly, we relieve those lawyers of any further authority to represent Minnick, vacate the judgment of the district court, and remand for proceedings in which Minnick's new counsel (to be selected and supervised on his behalf by the guardian *ad litem*) will be entitled to present a collateral attack on his conviction and sentence, advancing whatever contentions best serve Minnick's current interests, including any arguments that may have become available under *Atkins v. Virginia*, —— U.S. ——, 122 S.Ct. 2242, 153 L.Ed.2d 335 (2002), and *Ring v. Arizona*, —— U.S. ——, 122 S.Ct. 2428, 153 L.Ed.2d 556 (2002). So that both sides may start afresh, Circuit Rule 36 will apply on remand.